## SCHNEIDER *v.* GREEN.

[No. 13,573.   Filed October 30, 1929.]

*Frank Mellis,* for appellant.

NEAL, J.—Reversed, on authority of *Feldman* v. *Elmore* (1928), 88 Ind. App. 355, 163 N. E. 846.   See *Boyd Motor Co.* v. *Claffey* (1929), 165 N. E. (Ind. App.) 255.

## ST. JOHN ET AL. *v.* WILDMUN.

[No. 13,377.   Filed October 31, 1929.]

*Emison & Hoover,* for appellants.
*Horace A. Foncannon, Herman M. Robbins* and *Shuler McCormick,* for appellee.

PER CURIAM.—Affirmed.

## WILLIAMS, TRUSTEE, ET·AL. *v.* BILDERBACK.

[No. 13,453.   Filed August 31, 1929.   Rehearing denied November 22, 1929.]

*William D. Hardy,* for appellants.
*Thomas Duncan,* for appellee.

PER CURIAM.—Judgment affirmed.